Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 18-25900 MAM
**Case Name:** ECOSPHERE TECHNOLOGIES, INC.
**Period Ending:** 06/30/22

**Trustee:** Michael R. Bakst, Trustee
**Filed (f) or Converted (c):** 12/05/19 (c)
**§341(a) Meeting Date:** 01/06/20
**Claims Bar Date:** 02/18/20

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHASE BANK CHECKING 3615 $0.00<br>ADMINISTERED UNDER THE CHAPTER 11 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | SUNTRUST BANK CHECKING 6620<br>ADMINISTERED UNDER THE CHAPTER 11 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | ELECTRICITY DEPOSIT HELD BY FLORIDA POWER & LIGHT COMPANY | 889.39 | 0.00 | | 0.00 | FA |
| 4 | SECURITY DEPOSIT HELD BY JLAC HOLDINGS, LLC FOR LEASE OF OFFICE LOCATION | 4,500.00 | 0.00 | | 0.00 | FA |
| 5 | BEST MOTORIZED SHADES (VENDOR DEPOSIT) UNCOLLECTIBLE | 5,745.00 | 100.00 | | 0.00 | FA |
| 6 | GUARDIAN MANUFACTURING, INC. (VENDOR DEPOSIT UNCOLLECTIBLE | 4,732.69 | 100.00 | | 0.00 | FA |
| 7 | ACCOUNTS RECEIVABLE: PRESCOTT CLEAN WATER TECHNOLOGIES, LLC<br>ADV. COMPLAINT FILED 12-18-2020: [ADV CASE #20-01413-MAM]. BAKST vs PRESCOTT CLEAN WATER TECHNOLOGIES LLC and BRISBEN WATER SOLUTIONS, LLC  ADVERSARY SETTLED  PAY'T PER C.O. DATED 12-13-2021--ECF#231 | 120,000.00 | 120,000.00 | | 50,000.00 | FA |
| 8 | FIDELITY NATIONAL ENVIRONMENTAL SOLUTIONS,LLC 30.6% %<br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 | Unknown | 0.00 | | 0.00 | FA |
| 9 | SEA OF GREEN SYSTEMS, INC. 59.52%<br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 | Unknown | 0.00 | | 0.00 | FA |
| 10 | ECOSPHERE DEVELOPMENT COMPANY, LLC 100<br>NO VALUE | Unknown | 0.00 | | 0.00 | FA |
| 11 | RAW MATERIALS VARIOUS PARTS AND RAW MATERIALS FOR THE MANUFACTURING OF WATERTREATMENT & GROWING EQUIPMENT<br>VALUATION METHOD USED:LOWER OF COST AND NET REALIZABLE VALUE WITH COST DETERMINED USING A WEIGHTED AVERAGE METHODOLOGY 12/31/2016 $0.00<br><br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 | 5,000.00 | 0.00 | | 0.00 | FA |
| 12 | OFFICE FURNITURE OFFICE FURNITURE | 750.00 | 0.00 | | 0.00 | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | * THE VALUE LISTED IS THE DEBTOR'S OPINION OF THE ESTIMATED THE CURRENT VALUE * $0.00 N/A<br><br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 | | | | | |
| 13 | OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT- MACBOOK<br>* THE VALUE LISTED IS THE DEBTOR'S OPINION OF THE STIMATED THE CURRENT VALUE * $0.00 LIQUIDATION<br><br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 | 333.00 | 0.00 | | 0.00 | FA |
| 14 | COMPUTER HARDWARE AND SOFTWARE(DESIGN & ENGINEERING PROGRAMS)<br>* THE VALUE LISTED IS THE DEBTOR'S OPINION OF THE ESTIMATED THE CURRENT VALUE * $0.00<br><br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 | 2,500.00 | 0.00 | | 0.00 | FA |
| 15 | 1998 DODGE DAKOTA PICKUP TRUCK VIN#1B7FL22P4WS715433<br>NOTICE OF ABANDONMENT FILED 2-17-2020--ECF#160 | 500.00 | 0.00 | OA | 0.00 | FA |
| 16 | OTHER MACHINERY, FIXTURES, AND EQUIPMEPOWERCUBE<br>* THE VALUE LISTED IS THE DEBTOR'S OPINION OF THE ESTIMATED THE CURRENT VALUE * $0.00<br><br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 | 150,000.00 | 0.00 | | 0.00 | FA |
| 17 | PRESS BRAKE DIES<br>* THE VALUE LISTED IS THE DEBTOR'S OPINION OF THE ESTIMATED THE CURRENT VALUE * $0.00 N/A<br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 | 489.00 | 0.00 | | 0.00 | FA |
| 18 | PATENTS, COPYRIGHTS, TRADU.S. PATENTS & TRADEMARKS<br>POWER CUBE VALUE $112,000,000; ULTRA SONIC NUTRIENT MIXING REACTOR $43,000,000; OZONYX $284,000,000; POWER CUBE; $42,000,000; LAKE OKECHOBBEE $50,000,000 VALUATIONS BASED ON 2018 appraisal by Navigant Economics, LLC *See attached list*<br><br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 | 383,500,000.00 | 0.00 | | 0.00 | FA |
| 19 | INTERNET DOMAIN NAMES AND WEBSITES:<br>CLEANWATERINNOVATION.COM<br>ECOSPHERETECH.COM<br>ECOSPHERETECH.NET<br>ECOSPHERETECHNOLOGIES.COM<br>ECOSPHERETECHNOLOGIES.NET<br>LAKEOKEECHOBEESOLUTION.COM $0.00 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | | |
|---|---|---|---|---|---|---|
| | ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 | | | | | |
| 20 | CAUSES OF ACTION: AGAINST WILLIAM BRISBEN AND/OR BRISBEN WATER SOLUTIONS LLC (u) BRISBEN WATER SOLUTIONS LLC PART OF ADVERSARY COMPLAINT FILED ON DECEMBER 18, 2020 [ADV CASE #20-01413-MAM]. ADVERSARY SETTLED-PER C.O. DATED 12-13-2021--ECF#231 [REFER TO ASSET #7] | 120,000.00 | 120,000.00 | | 0.00 | FA |
| 21 | CAUSE OF ACTION: ADV COMPLAINT: BAKST vs MCGUIRE JR., DENNIS, GALAXY GROVES, LLC (ADV CASE#20-01414-MAM) (u) PAY'T PER C.O. DATED 7-19-2021--ECF#204 | 589,355.53 | 6,000.00 | | 6,000.00 | FA |
| 22 | TD BANK - DIP A/C#8257 NEGATIVE BALANCE OF $8.98 AS OF DECEMBER 2019 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | POTENTIAL CAUSE OF ACTION AGAINST AMERICAN EXPRESS NATIONAL BANK, etal (u) PER C.O. DATED 4-16-2021--ECF#193 | 45,000.00 | 45,000.00 | | 45,000.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$384,549,794.61** | **$291,200.00** | | **$101,000.00** | **$0.00** |

**Major activities affecting case closing:**
CBD:  2-18-2020

TAX RETURN STATUS:  KAPILA EMPLOYED [ECF#151]- 4-13-2021 CERTIFED MAILING OF THE 2019 F-1120 TAX RETURN TO IRS (OGDEN, UT (0012)-FAXED TO PHILADELPHIA, PA FOR "PDL".  and to FLORIDA DEPT OF REVENUE RETURNS.  6-22-2021 CERTIFIED MAILING OF THE 2020 F-1120 TAX RETURN TO IRS (PHILADELPHIA, PA & OGDEN, UT (0012).   3-9-2022: CERTIFIED MAILING OF THE 2021 F-1120 TAX RETURN TO IRS (PHILADELPHIA, PA & OGDEN, UT (0012).

CASE STATUS:  THIS CASE IS JOINTLY ADMINISTERED WITH CASE #18-25901 SEA OF GREEN SYSTEMS, INC.  ECOSPHERE TECHNOLOGIES, INC. IS THE LEAD CASE [CASE #18-25900].  PER C.O. D ATED 12-26-2018--ECF#6

THE TRUSTEE IS INVESTIGATING POTENTIAL CLAIMS AND CAUSES OF ACTION, INCLUDING WITHOUT LIMITATION, AVOIDANCE CLAIMS AGAINST THE DEBTOR'S INSIDERS.

TOLLING AGREEMENT EXTENSIONS TO AUGUST 30, 2022

**Initial Projected Date of Final Report (TFR):**  March 31, 2022          **Current Projected Date of Final Report (TFR):**  December 31, 2024

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 18-25900 MAM | **Trustee:** | Michael R. Bakst, Trustee |
|---|---|---|---|
| **Case Name:** | ECOSPHERE TECHNOLOGIES, INC. | **Bank Name:** | Signature Bank |
| | | **Account:** | ******5253 - Checking |
| **Taxpayer ID#:** | ******2861 | **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Period:** | 07/01/21 - 06/30/22 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/07/21 | Asset #23 | American Express Batch | PER C.O. DATED 4-16-2021--ECF#193-RECEIVED VIA ACH DEPOSIT Payment to A/R Account #1 ECOSPHERE-AMERICAN EXPRESS; Payment #1 due 03/19/2021 | 1241-000 | 45,000.00 | | 45,000.00 |
| 04/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 55.29 | 44,944.71 |
| 05/28/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 67.23 | 44,877.48 |
| 06/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 79.12 | 44,798.36 |
| 07/29/21 | Asset #21 | Rappaport Osborne & Rappaport, PLLC, Trust Account | PAY'T PER C.O. DATED 7-19-2021--ECF#204 (JUNE 2021 PAY'T) Payment to A/R Account #2 ECOSPHERE-MCGUIRE, DENNIS & GALAXY GROVES LLC; Payment #1 due 06/01/2021 | 1241-000 | 500.00 | | 45,298.36 |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 71.80 | 45,226.56 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 77.32 | 45,149.24 |
| 09/10/21 | Asset #21 | Dennis McGuire, Jr. | PAY'T PER C.O. DATED 7-19-2021--ECF#204 (JULY & AUGUST PAY'T) Payment to A/R Account #2 ECOSPHERE-MCGUIRE, DENNIS & GALAXY GROVES LLC; Payment #2 due 07/01/2021, #3 due 08/01/2021 | 1241-000 | 1,000.00 | | 46,149.24 |
| 09/10/21 | Asset #21 | Dennis McGuire, Jr. | PAY'T PER C.O. DATED 7-19-2021--ECF#204 (SEPTEMBER '21 PAY'T) Payment to A/R Account #2 ECOSPHERE-MCGUIRE, DENNIS & GALAXY GROVES LLC; Payment #4 due 09/01/2021 | 1241-000 | 500.00 | | 46,649.24 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 73.72 | 46,575.52 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-25900 MAM | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | ECOSPHERE TECHNOLOGIES, INC. | Bank Name: | Signature Bank |
| | | Account: | ******5253 - Checking |
| Taxpayer ID#: | ******2861 | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 72.16 | 46,503.36 |
| 11/15/21 | Asset #21 | Dennis McGuire, Jr. | PAY'T PER C.O. DATED 7-19-2021--ECF#204 (OCTOBER '21 PAY'T + $500.00 BALLOON PAY'T DUE NOVEMBER '21) Payment to A/R Account #2 ECOSPHERE-MCGUIRE, DENNIS & GALAXY GROVES LLC; Payment #5 due 10/01/2021, #6 due 11/01/2021 | 1241-000 | 1,000.00 | | 47,503.36 |
| 11/30/21 | Asset #21 | Smaug's Vault, LL | PAY'T PER C.O. DATED 7-19-2021--ECF#204 -FINAL PAYMENT Payment to A/R Account #2 ECOSPHERE-MCGUIRE, DENNIS & GALAXY GROVES LLC; Payment #6 due 11/01/2021 | 1241-000 | 3,000.00 | | 50,503.36 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 80.25 | 50,423.11 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 83.35 | 50,339.76 |
| 01/04/22 | 1001 | SUN COAST REPORTERS | PAY'T PER C.O. DATED 1-4-2022--ECF#235 [DEPOSITION & TRANSCRIPT OF COREY McGUIRE HELD ON NOVEMBER 30, 2021] INV#RB2136 | 2990-000 | | 575.30 | 49,764.46 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 82.79 | 49,681.67 |
| 02/23/22 | Asset #7 | PRESCOTT CLEAN WATER TECHNOLOGIES, LLC | PER ORDER ENTERED 12-13-21 ECF#231 PRESCOTT TO PAY $50,000 (SETTLEMENT AMOUNT) Payment to A/R Account #3 ECOSPHERE - PRESCOTT CLEAN WATER; Payment #1 due 01/13/2022 | 1121-000 | 50,000.00 | | 99,681.67 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 85.00 | 99,596.67 |

Page: 3

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-25900 MAM | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | ECOSPHERE TECHNOLOGIES, INC. | Bank Name: | Signature Bank |
|  |  | Account: | ******5253 - Checking |
| Taxpayer ID#: | ******2861 | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 164.95 | 99,431.72 |
| 04/07/22 | 1002 | Brisben Water Solutions LLC | PER COURT ORDER ENTERED 12-31-21 -- ECF#231 | 8500-002 |  | 15,000.00 | 84,431.72 |
| 04/27/22 | 1003 | SIGNED SEALED DELIVERED INC. | PAY'T FOR INVOICE #00129 PER C.O. DATED 4-15-22 --  ECF#241. | 2990-000 |  | 309.00 | 84,122.72 |
| 04/29/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 153.17 | 83,969.55 |
| 05/10/22 | 1004 | SUN COAST REPORTERS | PAY'T PER C.O. DATED 5-5-22 -- ECF# 244 (INV# 108951 AND JM226) | 2990-000 |  | 300.00 | 83,669.55 |
| 05/31/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 136.69 | 83,532.86 |
| 06/30/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 135.74 | 83,397.12 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** |  | 101,000.00 | 17,602.88 | **$83,397.12** |
| Less: Bank Transfers |  | 0.00 | 0.00 |  |
| **Subtotal** |  | 101,000.00 | 17,602.88 |  |
| Less: Payment to Debtors |  |  | 0.00 |  |
| **NET Receipts / Disbursements** |  | **$101,000.00** | **$17,602.88** |  |

| Net Receipts: | $101,000.00 |
|---|---|
| Less Other Noncompensable Items: | 15,000.00 |
| Net Estate: | $86,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5253 | 101,000.00 | 17,602.88 | 83,397.12 |
|  | $101,000.00 | $17,602.88 | $83,397.12 |